☐ ORIGINAL

WILLIAM F. SALLE (#124498)
LAW OFFICES OF WILLIAM F. SALLE
425 E. Colorado St., Suite 755
Glendale, CA 91205
Telephone: (818) 543-1900
Facsimile: (818) 543-1550
Email: wfslaw@yahoo.com

Attorneys for Plaintiff Claude A. Reese

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 15 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SUSAN D'ERRICO, Individually and On Behalf of All Others Similarly Situated,

　　　　　　Plaintiff,

vs.

LOUIS J. RAMPINO,

　　　　　　Defendant.

No. CV-07-3915-MMM (RZx)

**NOTICE OF VOLUNTARY DISMISSAL**

DOCKETED ON CM
AUG 16 2007
BY _____ 053

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Susan D'Errico voluntarily dismisses the above-captioned Complaint without prejudice

Dated: August 13, 2007    LAW OFFICES OF WILLIAM F. SALLE

IT IS SO ORDERED    By: _____
Dated _____    William F. Salle
                         425 E. Colorado St., Suite 755
_____          Glendale, CA 91205
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL

Page 1

# PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 13, 2007, I served the following:

1     **NOTICE OF VOLUNTARY DISMISSAL**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California to:

FREMONT GENERAL CORPORATION
C/O REGISTERED AGENT ALAN FAIGIN
2425 OLYMPIC BOULEVARD
SANTA MONICA, CA

Executed on August 13, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Zabella Moore* (signature)
Zabella Moore

PROOF OF SERVICE - fremontgeneral LITIGATION

proof Zabella Moore59.wpd

Page 1